**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

MID-CITY PRECISION, LLC,

        Plaintiff,

    v.

PRIME UNION LOGISTICS LLC, et al.

        Defendants.

Case No. 26-CV-000260

---

**DEFENDANT PROGRESSIVE INSURANCE'S NOTICE OF REMOVAL**

---

Defendant Progressive Insurance ("Progressive"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, by this Notice hereby removes this action from the Circuit Court of Marathon County, Wisconsin to the United States District Court for the Western District of Wisconsin. As explained below, this Court has jurisdiction under 28 U.S.C. §§ 1332, 1441, and 1446. Complete diversity of citizenship exists between Plaintiff and Defendants, and it is evident from the Complaint, and upon information and belief, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## I.    THE STATE COURT ACTION.

Plaintiff Mid-City Precision, LLC ("Mid-City") commenced a civil action in the Circuit Court of Marathon County, Wisconsin, captioned *Mid-City Precision, LLC v. Prime Union Logistics, et al..,* Case No. 26-CV-260 (the "State Court Action"), and served a Summons and Complaint dated April 9, 2026 on Progressive on April 22, 2026. A copy of the Summons and Complaint (Dkt. 6) is attached to this Notice as **Exhibit A** and constitutes all process, pleadings, and orders served on Progressive in the State Court Action as of the date of this Notice.

There are no pending motions that would require action by this Court after removal. Defendants are filing this Notice within 30 days of service of the Summons and Complaint on Progressive, and the removal is timely. *See* 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is also being served upon counsel for Plaintiff and upon the registered agents for Defendants Prime Union Logistics LLC and SP Rental Enterprises LLC. A copy of this Notice is also being filed with the Clerk of Courts of Marathon County, Wisconsin.

In the State Court Action, as set forth in the Complaint, Plaintiff alleges that, on or about April 28, 2024, its property was damaged in the course of transportation from California to Wisconsin when the driver transporting the property collided with a bridge. Plaintiff alleges that it paid a total of $85,900.00 for disassembly, rigging, loading, and freight transportation of the load. (Ex. A, Complaint at ¶ 33.) Plaintiff further alleges that Progressive's insured, Prime Union Logistics LLC, was the carrier at the time of the subject accident.

## II.     REMOVAL IN THIS CASE IS PROPER.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for the reasons set forth below:

a.     **Complete diversity exists**: The following statements were true on both the date that Plaintiff served the Summons and Complaint on Progressive (April 22, 2026) and the date that Defendants filed their Notice of Removal (May 21, 2026):

1.     The Plaintiff, Mid-City Precision, LLC, is a domestic limited liability company with a principal place of business located at 406 Winston Street, Wausau, Wisconsin. (Ex. A, Complaint at ¶ 1.)

2.     Defendant Prime Union Logistics LLC is a foreign corporation with a principal place of business located at 277 Carteret Avenue, Carteret, New Jersey. (*Id*. at ¶ 2.)

2

3.     Defendant SP Rental Enterprises LLC is a foreign corporation with a principal place of business located at 3068 Seminole Pratt Whitney Road, Loxahatchee, Florida. (*Id*. at ¶ 3.)

4.     Defendants ABC Insurance Company and DEF Insurance Company are unidentified defendants. (*Id*. at ¶¶ 11-12.)

b.     **The amount in controversy exceeds $75,000.00**. Under Wis. Stat. § 802.02(1m)(a), when seeking recovery of money for a tort claim, the demand for judgment may not specify the amount sought. However, based on the contents of the Complaint, and upon information and belief, Defendants believe in good faith that the amount in controversy exceeds $75,000.00, exclusive of costs and interest. Specifically, Plaintiff claims it paid a total of $85,900.00 for disassembly, rigging, loading, and freight transportation of the load. Upon and information and belief, Plaintiff is also claiming $347,000.00 for damages to the load itself.

c.     **No consent is required.** Because the removal papers are filed jointly by all named Defendants, no consent is required. 28 U.S.C. § 1446(b)(2)(A).

d.     **Removal is timely.** This removal is timely filed within 30 days of the April 22, 2026 service of the Summons and Complaint on Progressive.

e.     **Venue is proper.** Venue is proper in the Western District of Wisconsin because Plaintiff filed its Complaint in the Marathon County Circuit Court, and Marathon County, Wisconsin is within the jurisdiction of the Western District of Wisconsin. *See* 28 U.S.C.§§ 1441(a) and 130(b).

WHEREFORE, Defendant Progressive Insurance hereby removes the State Court Action to this Honorable Court.

3

Dated this 21st day of May, 2026.

By: *Electronically signed by Alyssa M. Armbrust*
John W. Halpin (WI State Bar No. 1064336
Alyssa M. Armbrust (WI State Bar No. 109886)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 (phone)
(414) 755-7089 (fax)
jhalpin@llgmke.com
aarmbrust@llgmke.com

*Attorneys for Defendant Progressive Insurance*